## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON,                                            PLAINTIFF

v.                              3:15CV00298-JM-JJV

ALEXANDRIA WHITMAN, Dispatcher,
Poinsett County Detention Center                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

So ordered this 26th day of October, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE